## IN THE UNITED STATES DISTRICT COURT FOR THE

FILED

## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

2011 SEP 14  A 9: 52

UNITED STATES OF AMERICA          )
                                  )       CLERK US DISTRICT COURT
                                  )  Docket No.1:11PO ALEXANDRIA. VIRGINIA
                    v.            )  (Class B Petty)
                                  )
JAY R. RIPLEY                     )
                                  )
                                  )

CRIMINAL INFORMATION
(Count 1 –Class B Petty)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 27, 2011, at the Patent and Trademark Office, in the

Eastern District of Virginia, the defendant, JAY R. RIPLEY, did unlawfully fail to

comply with the official signs of a prohibitory, regulatory or directory nature and

with the lawful direction of Federal police officers and other authorized

individuals, to wit: carried weapons on Federal property.

(Violation of Title 41, Code of Federal Regulations, Section 102-74.385).

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____

Jessica Malloy
Special Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3818
Fax: (703)-299-3980
Jessica.Malloy@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

Criminal Information will be sent via first class mail on the _14th_ day of

September, 2011, to defense counsel at the following address:


Gregory B. English, Esq.
526 King Street
Suite 213
Alexandria, VA 22314



Jessica Malloy
Special Assistant United States Attorney